

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00264-CV

Joe **GOMEZ**,
Appellant

v.

**HILLCREST INN**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 19226C
Honorable Susan Harris, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. No costs of appeal are ordered against Appellant Joe Gomez.

SIGNED September 18, 2019.

_____
Liza A. Rodriguez, Justice